**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

October 16, 2007

FILED

General Court Number
408.535.5363

2007 OCT 23 P 3: 37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J

**Office of the Clerk-USDC**
 **Eastern District of Pennsylvania**
**2609 Market Street,**
**Philadelphia, PA 19106-1796**

| | |
|---|---|
| Case Name: | **USA-v- Joseph Gonzalez** |
| Case Number: | **5-07-70586-RS   (Your Case#: 07-578)** |
| Charges: | **Conspiracy to Distribute Methamphetamine** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg.  The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.

()     The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:    *Cita F. Escolano*
       Case Systems Administrator

Enclosures
cc: Financial Office

---------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_O7cn578_.

Date: _10/19/87_

CLERK, U.S. DISTRICT COURT

By _____
 Deputy Clerk